# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 24-3022** | **September Term, 2024** |
| | 1:21-cr-00285-JEB-1 |
| | **Filed On:** November 20, 2024 |

United States of America,

  Appellee

v.

Damon Michael Beckley,

  Appellant

  **BEFORE:** Wilkins, Pan, and Garcia, Circuit Judges

## O R D E R

  Upon consideration of the motion to correct record, the motion for other relief, the motion to remand case, and the joint motion to vacate and remand, it is

  **ORDERED** that appellant's conviction under 18 U.S.C. §§ 1512(c)(2) and 2 be vacated and the case be remanded for further proceedings. It is

  **FURTHER ORDERED** that the remaining motions be dismissed as moot.

  Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

         **Per Curiam**

         **FOR THE COURT:**
         Mark J. Langer, Clerk

    BY: /s/
       Selena R. Gancasz
       Deputy Clerk