UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 21-cr-285 (JEB) |
| DAMON MICHAEL BECKLEY, : | |
| Defendant. : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. 126, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of _____Jan._____, 2025.

_____
HONORABLE JAMES E. BOASBERG
United States Chief District Court Judge